UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __26-8151-RMM__

UNITED STATES OF AMERICA

v.

ABELINO LOPEZ-SANCHEZ,

                Defendant.                /

FILED BY ___SP___ D.C.

Feb 26, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? ☐ Yes ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: __*Rinku Tribuiani*__
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.     0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561) 820-8711
Fax:     (561) 820-8777
Email:   Rinku.Tribuiani@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED BY ___SP___ D.C.
Feb 26, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

| United States of America | ) |
|---|---|
| v. | ) |
| ABELINO LOPEZ-SANCHEZ, | ) Case No. 26-8151-RMM |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 22, 2026** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Luis Camacho, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: 2/26/26

_____
*Judge's signature*

City and state: West Palm Beach, FL

Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF LUIS CAMACHO**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Luis Camacho, being duly sworn, depose and state as follows:

1.  I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.  This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Abelino LOPEZ-SANCHEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.  On or about February 22, 2026, Abelino LOPEZ-SANCHEZ was arrested in Palm Beach County, Florida on the charge of aggravated assault with intent to commit a felony. He was booked and detained at the Palm Beach County Jail.

4.  A review of the immigration records shows that Abelino LOPEZ-SANCHEZ is a native and citizen of Guatemala. Records further show that on or about June 6, 2018, Abelino LOPEZ-SANCHEZ was ordered removed from the United States. The Order of Removal was executed on or about October 13, 2020, whereby Abelino LOPEZ-SANCHEZ was removed from the United States and returned to Guatemala.

5.  Thereafter, Abelino LOPEZ-SANCHEZ re-entered into the United States illegally and was removed on or about May 11, 2022, under Title 42, United States Code, Section 265.

6.  Abelino LOPEZ-SANCHEZ's fingerprints taken in connection with his February 22, 2026 booking at the Palm Beach County Jail were scanned into the IAFIS system. Results confirmed

that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Abelino LOPEZ-SANCHEZ.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Abelino LOPEZ-SANCHEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Abelino LOPEZ-SANCHEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about February 22, 2026, Abelino LOPEZ-SANCHEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Luis Camacho
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _26_ day of February 2026.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ABELINO LOPEZ-SANCHEZ

**Case No**:

Count #1

Illegal Re-entry after Removal

Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment:**  2 Years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**  1 Year
* **Max. Fine:**  $250,000
* **Special Assessment:**  $100

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.